UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM T. HANCOCK, SR., *Individually and in a representative capacity on behalf of a class of persons similarly situated*, Plaintiff, v. AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, INVESTORS LIFE INSURANCE COMPANY OF NORTH AMERICA, and AMERICO LIFE, INC. Defendants. | **JUDGMENT** No. 7:16-CV-350-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss plaintiff's amended complaint for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 29, 2019, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on March 29, 2019, and Copies To:**
F. Forest Horne, Jr. / Karly Joseph Amelchenko / John Alan Jones (via CM/ECF Notice of Electronic Filing)
Carl C. Sherz / Debbie Weston Harden / Jackson R. Price / Meredith J. McKee / Roger B. Cowie/ Taylor F. Brinkman (via CM/ECF Notice of Electronic Filing)

March 29, 2019        PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk